IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| Pamela M. Bailey-Pittman, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action |
| | * | File No. 3:04CV-84-CAR |
| Unisia of Georgia Corporation and Gina Cooper, | * | |
| Defendants. | * | |

### SECOND CONSENT ORDER OF DISMISSAL PURSUANT TO Fed.R. Civ.P. 41(a)(2)

Pursuant to consent of the parties in the above-styled cause, and the authority of the Court, pursuant to Fed.R.Civ.P. 41, and other applicable law, upon the conditions and terms set forth herein, it is hereby ordered as follows:

The following individual Count of the Complaint shall be dismissed with prejudice as to both Defendants:

XIV.   Defamation

With this Consent, all claims against Defendant Gina Cooper are hereby dismissed **WITH PREJUDICE**.  Ms. Cooper and Plaintiff shall bear their own costs of this action.

Plaintiff asserts the following Counts against Defendant Unisia of Georgia Corporation:

I.   Race Discrimination

    II.       Gender Discrimination

    III.      Hybrid Discrimination

    XVI.   Intentional Infliction of Emotional Distress

    XIII.   Negligent Hiring/Retention

SO ORDERED this 8th day of July, 2005.

                                  s/ C. Ashley Royal
                                  The Honorable Ashley Royal
                                  United States District Court
                                  Middle District of Georgia
                                  Athens Division

The foregoing order is agreed to and the Court is moved and requested to enter said order.

This 1st day of July, 2005.

                                  `s/ Michael C. Daniel`
                                  `Michael C. Daniel`
                                  `Craig P. Siegenthaler`
                                  `Attorneys for Defendants`

This 28th day of June, 2005.

                                  `s/ Penn Dodson`
                                  `Penn U. Dodson`
                                  `Attorney for Plaintiff`