IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **PAMELA M. BAILEY-PITTMAN,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action |
| v. | * | File No. 3:04-cv-0084 CAR |
| | * | |
| **UNISIA OF GEORGIA CORP.** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

*CONSENT ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)*

Pursuant to consent of the parties in the above-styled cause, and the authority of the Court pursuant to Fed. R. Civ. P. 41, and other applicable law, upon the conditions and terms set forth herein, it is hereby ordered as follows:

The following individual paragraph of the Complaint shall be revised so as to correct a typographical error: Paragraph 163 shall be revised from its original:

> **163. The conduct of defendant in taking these actions based upon her race was in violation of the Civil Rights Acts of 1866 and 1871. 42 U.S.C. §§ 1981, 1983.**

to read instead as follows:

> **163. The conduct of defendant in taking these actions based upon her race was in violation of the Civil Rights Acts of 1866 and 1871. 42 U.S.C. §§ 1981.**

Further, the following individual Count of the Complaint shall be dismissed with prejudice:

XVI.  Intentional Infliction of Emotional Distress

Plaintiff continues to assert the following Counts against Defendant Unisia Of Georgia Corporation:

I.   Race Discrimination

II.  Gender Discrimination

III. Hybrid Discrimination

XIII. Negligent Hiring/Retention

The parties shall bear their own costs associated with the dismissed claims.


SO ORDERED this 3rd day of October, 2005


          s/ C. ASHLEY ROYAL
          The Honorable Ashley Royal
          United States District Court
          Middle District of Georgia
          Athens Division


The foregoing order is agreed to and the Court is moved and requested to enter said order.


This 28th day of September, 2005


          s/ Michael Daniel (by PUD)
          Michael C. Daniel
          Craig P. Siegenthaler
          Attorneys for Defendants


This 25th day of August, 2005


          s/ Penn Dodson
          Penn U. Dodson
          Attorney for Plaintiff